UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
---------------------------------------------------------------------------x

STEPHEN DRYSDALE

                     Plaintiff,

-v.-

EASTERN ACCOUNT SYSTEM OF CONNECTICUT, INC.

                     Defendant.
---------------------------------------------------------------------------x

CIVIL ACTION

**COMPLAINT**

Plaintiff Stephen Drysdale ("Plaintiff") by and through his attorneys, RC Law Group, PLLC, as and for his Complaint against Defendant Eastern Account System Of Connecticut, Inc. ("Defendant") respectfully sets forth, complains and alleges, upon information and belief, the following:

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as well as 15 U.S.C. § 1692 *et seq*. and 28 U.S.C. § 2201.

2. Venue is proper in this judicial district because a substantial part of the events or omissions giving rise to the claim occurred here, Plaintiff resides here, and Defendant transacts business here.

1

3. Plaintiff brings this action for damages and declaratory and injunctive relief arising from the Defendant's violation(s) of 15 U.S.C. § 1692 *et seq*., commonly known as the Fair Debt Collections Practices Act ("FDCPA").

## PARTIES

4. Plaintiff is a resident of the State of Connecticut, residing in the County of New Haven.

5. Defendant is a "debt collector" as the phrase is defined in 15 U.S.C. § 1692(a)(6) and used in the FDCPA, with an address at 75 Glen Road, Suite 310, Sandy Hook, CT, 06482.

## FACTUAL ALLEGATIONS

6. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein with the same force and effect as if the same were set forth at length herein.

7. On information and belief, on a date better known to Defendant, Defendant began collection activities on an alleged consumer debt from the Plaintiff ("Alleged Debt").

8. The Alleged Debt was incurred as a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

9. On or around March 16, 2015, Defendant sent a letter seeking collection of the Alleged Debt (the "Letter") to Plaintiff. Plaintiff received the Letter.

10. The Letter included a payment stub that allowed the consumer to pay by credit card by writing his credit card information on the stub and sending it to Defendant. The stub also stated that a processing fee of $2.95 would be added for credit card payments.

11. The credit card processing fee was not expressly authorized by the agreement creating the Alleged Debt, nor is it otherwise permitted by law.

12. As a result of Defendant's improper debt collection practices described above, Plaintiff has been damaged.

## FIRST CAUSE OF ACTION
### (Violations of the FDCPA)

13. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein with the same force and effect as if the same were set forth at length herein.

14. Defendant's debt collection efforts attempted and/or directed towards Plaintiff violate various provisions of the FDCPA, including but not limited to 15 U.S.C. §§ 1692e, 1692e(2), 1692e(5), 1692e(10), 1692f, and 1692f(1).

15. As a result of the Defendant's violations of the FDCPA, Plaintiff has been damaged and is entitled to damages in accordance with the FDCPA.

## DEMAND FOR TRIAL BY JURY

16. Plaintiff demands and hereby respectfully requests a trial by jury for all claims and issues in this complaint to which Plaintiff is or may be entitled to a jury trial.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment from the Defendant as follows:

a) For actual damages provided and pursuant to 15 U.S.C. § 1692k(a)(1);

b) For statutory damages provided and pursuant to 15 U.S.C. § 1692k(a)(2)(A);

c) For attorney fees and costs provided and pursuant to 15 U.S.C. § 1692k(a)(3);

d) A declaration that the Defendant's practices violated the FDCPA; and

e) For any such other and further relief, as well as further costs, expenses and

disbursements of this action as this Court may deem just and proper.


Dated: Waterbury, Connecticut
February 16, 2016

> Respectfully submitted,
>
> */s/Raphael Deutch*
> **RC Law Group, PLLC**
> By: Raphael Deutsch
> 301 Highland Avenue
> Waterbury, CT, 06708
> Phone: 201.282.6500 ext. 201
> Fax: 201.282.6501
> rdeutsch@rjalegal.com
> *Attorneys for Plaintiff*